UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
_____

**WISCONSIN LABORERS HEALTH FUND,**
**WISCONSIN LABORERS PENSION FUND,**
**WISCONSIN LABORERS APPRENTICESHIP AND TRAINING FUND,**
**WISCONSIN LABORERS INDUSTRY ADVANCEMENT**
**PROGRAM FUND, and JOHN J. SCHMITT (in his capacity as Trustee),**

**WISCONSIN LABORERS DISTRICT COUNCIL,**

**WISCONSIN LABORERS-EMPLOYERS**
**COOPERATION AND EDUCATION TRUST FUND,**

          **Plaintiffs,**

  v.                                     Case No.  19-cv-936

**FRANK BROS., INC. and**
**KYLE FRANK,**

          **Defendants.**
_____

**NOTICE OF VOLUNTARY DISMISSAL**
_____

Based upon the payments made by Defendants to address the delinquency sought in the complaint, Plaintiffs hereby voluntarily dismiss the above-entitled action without prejudice pursuant to Rule 41(a)(1)(i) of the Fed. R. Civ. P.

Dated this 8th day of January, 2020.

                                                        <u>s/Philip E. Thompson</u>
                                                        Philip E. Thompson (SBN: 1099139)
                                                        The Previant Law Firm, S.C.
                                                        310 West Wisconsin Avenue, Suite 100 MW
                                                        Milwaukee, WI 53203
                                                         414-203-0514 (Telephone)
                                                        414-271-6308 (Fax)
                                                       Email: pet@previant.com

                                                       Attorney for Plaintiffs